IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALICIA G. SHIVE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 3:17-cv-02355-X |
| | § | |
| MERRIAM INVESTMENTS, LLC, | § | |
| ELTMAN LAW, P.C., and | § | |
| CAITLIN BOYLE, | § | |
| | § | |
| *Defendants.* | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

Plaintiff, Alicia G. Shive, and Defendants, Merriman Investments, LLC,[1] Eltman Law, P.C., and Caitlin Boyle, (together known as the "Parties) file this their *Joint Notice of Settlement*, and would respectfully show the Court as follows:

1. The Parties have reached a resolution regarding all matters involved in this case.

2. The Parties expect to finalize their settlement and file an agreed motion (along with a proposed order) requesting dismissal with prejudice of all claims and causes of action by, between or amongst them within the next thirty (30) days.

3. As a result of the settlement, the Parties respectfully request the Court to remove them from the Court's November 4, 2019 trial docket [ECF No.

---

[1] Merriman Investments, LLC was incorrectly named and sued herein as Merriam Investments, LLC.

**JOINT NOTICE OF SETTLEMENT – Page 1 of 2**

34] and the Parties also respectfully request the Court to relieve them from any further obligations and pretrial deadlines set forth in the Court's December 14, 2018 Scheduling Order [ECF No. 34].

Dated: October 7, 2019.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Kevin T. Crocker* | */s/ Gary N. Schepps* |
| Kevin T. Crocker<br>Texas Bar No. 05087250<br>Manuel H. Newburger<br>Texas Bar No. 14946500<br><br>Barron & Newburger, P.C.<br>7320 N. MoPac Expy., Ste. 400<br>Austin, Texas 78731<br>(512) 476-9103 [Main]<br>(512) 279-0310 [Fax]<br>E-mail: kcrocker@bn-lawyers.com<br>E-mail: mnewburger@bn-lawyers.com<br><br>*ATTORNEYS FOR DEFENDANTS*<br>*ELTMAN LAW, P.C., CAITLIN BOYLE,*<br>*AND MERRIMAN INVESTMENTS, LLC* | Gary N. Schepps<br>Texas Bar No. 00791608<br><br>Drawer 670804<br>Dallas, Texas 75367<br>(972) 200-0000 [Telephone]<br>(972) 200-0535 [Fax]<br>E-mail: legal@schepps.net<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*ALICIA G. SHIVE* |

### CERTIFICATE OF SERVICE

This is to certify that on the 7th day of October, 2019, a true and correct copy of the foregoing "*Joint Notice of Settlement*" was served **by the Court's ECF system and/or by e-mail transmission** on counsel for Plaintiff, Gary N. Schepps, Esq., P.O. Drawer 670804, Dallas, Texas 75367, (972) 200-0000 [Telephone], (972) 200-0535 [Facsimile], e-mail: legal@schepps.net.

*/s/ Kevin T. Crocker*
Kevin T. Crocker

**JOINT NOTICE OF SETTLEMENT – Page 2 of 2**