IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALICIA G. SHIVE, § | |
|      *Plaintiff*, § | |
| v. § | Civil Action No. 3:17-cv-2355-X |
| § | |
| MERRIAM INVESTMENTS, LLC, § | |
|  ELTMAN LAW, P.C., § | |
|  CAITLIN BOYLE,   and § | |
|  MERRIMAN INVESTMENTS, LLC § | |
|      *Defendants*. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE BRADLEY STARR, UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41(a)(1)(B) the parties stipulate to the dismissal of all claims of all parties with prejudice.

Dated: October 7, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Gary N. Schepps | /s/ Kevin T. Crocker |
| Gary N. Schepps | Kevin T. Crocker |
| Texas Bar No. 00791608 | Texas Bar No. 05087250 |
| Drawer 670804 | Manuel H. Newburger |
| Dallas, Texas 75367 | Texas Bar No. 14946500 |
| (972) 200-0000 - Telephone | Barron & Newburger, P.C. |
| (972) 200-0535 - Facsimile | 7320 N. MoPac Expy., Ste. 400 |
| legal@schepps.net | Austin, Texas 78731 |
| | (512) 649-2417 [Direct] |
| Counsel for Plaintiff | (512) 476-9103 [Main] |
| | (512) 279-0310 [Fax] |
| | kcrocker@bn-lawyers.com |
| | |
| | Counsel for Defendants |